AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

FILED
2025 NOV 14 PM 12:10
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
### for the
District of Utah

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All funds up to $680,382.27 from America First<br>Credit Union (AFCU) account ending 7096, held in<br>the name of Luv Well Care LLC, et al. | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ Central _____ District of _____ Utah _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All funds up to $680,382.27 from America First Credit Union (AFCU) account ending 7096, held in the name of Luv Well Care LLC; and
All funds up to $62,892 from AFCU account ending 6113, held in the name of Impact Community Services, LLC.

✓ I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property and that an order under 21 U.S.C. § 853(e) is not sufficient to assure the availability of the property for criminal forfeiture.
**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____ November 14, 2025 _____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
United States Magistrate Judge Cecilia M. Romero _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____     _____
*Judge's signature*

City and state:   Salt Lake City, Utah     United States Magistrate Judge Cecilia M. Romero
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:25 MJ 987 CMR | Date and time warrant executed:<br>10/31/2025 2:24pm | Copy of warrant and inventory left with:<br>EMAIL MOTOOLE @AMERICAFIRST.com |
| Inventory made in the presence of:<br>EMAIL TO M OTOOLE @AMERICA FIRST.Com | | |
| Inventory of the property taken: | | |

11/4/2025 PARALEGAL SPECIALIST JAMIE BENNETT
RECEIVED TWO CASHIERS CHECKS FROM AFCU
VIA USPS

- $24,890.44 FROM AFCU ACCOUNT XX6113
- $657,792.90 FROM AFCU ACCOUNT XX7096

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/14/2025

_____
Executing officer's signature

BRET CURTIS/FBI
_____
Printed name and title